1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OLGA SCHNEIDER,

            Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

Case No.: 14-CV-03593-LHK

**ORDER OF REFERRAL**

      Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, *see* ECF Nos. 6, 7, the Court directs the Clerk to reassign this case to a United States Magistrate Judge in San Jose. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1