UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLGA SCHNEIDER,<br><br>    Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.: 5:14-cv-03593-PSG<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE RESPONSE**<br><br>**(Re:  Docket Nos. 13, 18)** |

Plaintiff Olga Schneider and Defendant the Commissioner of Social Security stipulated to changes in the case schedule that left ambiguous the deadline for Schneider to file an optional response brief.[1]  The court therefore sets a deadline of May 11, 2015 for any response Schneider may wish to file.

**SO ORDERED.**

Dated: April 27, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 13, 18.

1

Case No.: 5:14-cv-03593-PSG
ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE RESPONSE